LANCE J. HENDRON, ESQ
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA JAMES STOUT,<br><br>Defendant. | Case No. 3:15-cr-00055-MMD-CLB-2<br><br>STIPULATION TO EXTEND RESPONSE DEADLINE TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT CONVICTION AND SENTENCE [ECF NO. 144]<br><br>(FIRST REQUEST) |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Defendant, JOSHUA JAMES STOUT by and through his counsel, LANCE J. HENDRON, ESQ., of the Law Firm HENDRON LAW GROUP, LLC, and Plaintiff, United States of America, by and through Nicholas A. Trutanich, United States Attorney and Elizabeth White, Assistant United States Attorney, that the due date for the Defendant's Response to Government's Response to Defendant's Motion to Vacate, Set Aside, or Correct Conviction and Sentence [ECF No. 144], filed on July 22, 2020, be extended seven (7) days from July 29, 2020 to August 5, 2020.

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant needs additional time to respond to Government's Response to Defendant's Motion to Vacate, Set Aside, or Correct Conviction and Sentence [ECF No. 144], filed on July 22, 2020.

2. Counsel for Defendant inadvertently calendared the incorrect response date, believing it was fourteen (14) days instead of seven (7) days from July 22, 2020.

3. The parties agree to the continuance.

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the first stipulation to be filed herein.

DATED this __3rd__ day of August, 2020.

                                          Respectfully Submitted,

                                          __/s/ Lance Hendron_____
                                          Lance J. Hendron, Esq.
                                          Attorney for Defendant

                                          __/s/ Elizabeth White_____
                                          Nicholas Trutanich,
                                          United States Attorney
                                          Elizabeth White,
                                          Assistant United States Attorney

HENDRON LAW GROUP LLC
625 S. EIGHTH STREET
LAS VEGAS, NEVADA 89101
TEL (702) 758-5858 • FAX (702) 387-0034

LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE No. 2:15-cr-00271-APG-GWF |
| Plaintiff, | |
| vs. | |
| BRANDON BLACK, | |
| Defendant. | |

### FINDINGS OF FACTS, CONCLUSION OF LAW AND ORDER

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds:

1. Counsel for Defendant needs additional time to respond to Government's Response to Defendant's Motion to Vacate, Set Aside, or correct Conviction and Sentence, filed on July 22, 2020.

2. Counsel for Defendant inadvertently calendared the incorrect response date, believing it was fourteen (14) days instead of seven (7) days from July 22, 2020.

3. The parties agree to the continuance.

4. The additional time requested by this Stipulation is made in good faith and not for the purposed of delay.

5. This is the first stipulation to be filed herein.

3

## ORDER

**IT IS HEREBY ORDERED** that the Defendant herein shall have to and including August 5, 2020, to file any and all Reponses to Government's Response to Defendant's Motion to Vacate, Set Asidem or Correct Conviction and Sentence.

**IT IS FURTHER STIPULATED AND AGREED,** by and between parties, that the Government shall have to and including August 12, 2020, to file any and all replies.

DATED this __3rd__ day of ___August___, 2020.

_____
UNITED STATES DISTRICT JUDGE