LANCE J. HENDRON, ESQ
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant

### UNITED STATES DISTRICT COURT
### CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA JAMES STOUT,<br><br>Defendant. | Case No. 3:15-cr-00055-MMD-CLB<br><br>STIPULATION TO EXTEND RESPONSE DEADLINE TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT CONVICTION AND SENTENCE [ECF NO. 144]<br><br>(SECOND REQUEST) |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Defendant, JOSHUA JAMES STOUT by and through his counsel, LANCE J. HENDRON, ESQ., of the Law Firm HENDRON LAW GROUP, LLC, and Plaintiff, United States of America, by and through Nicholas A. Trutanich, United States Attorney and Elizabeth White, Assistant United States Attorney, that the due date for the Defendant's Response to Government's Response to Defendant's Motion to Vacate, Set Aside, or Correct Conviction and Sentence [ECF No. 144], filed on July 22, 2020, be extended seven (7) days from August 5, 2020 to August 12, 2020.

This Stipulation is entered into for the following reasons:

1. Mr. Hendron's office has been short staffed and counsel for Defendant needs additional time to respond to Government's Response to Defendant's Motion to Vacate, Set Aside, or Correct Conviction and Sentence [ECF No. 144], filed on July 22, 2020.

2. The parties agree to the continuance.

3. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

4. This is the second stipulation to be filed herein.

DATED this  5th  day of August, 2020.

                                              Respectfully Submitted,

                                               /s/ Lance Hendron  
                                              Lance J. Hendron, Esq.  
                                              Attorney for Defendant

                                               /s/ Elizabeth White  
                                              Nicholas Trutanich,  
                                              United States Attorney  
                                              Elizabeth White,  
                                              Assistant United States Attorney

HENDRON LAW GROUP LLC  
625 S. EIGHTH STREET  
LAS VEGAS, NEVADA 89101  
TEL (702) 758-5858 • FAX (702) 387-0034

LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JOSHUA JAMES STOUT,<br><br>           Defendant. | Case No. 3:15-cr-00055-MMD-CLB |

## FINDINGS OF FACTS, CONCLUSION OF LAW AND ORDER

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds:

1. Mr. Hendron's office has been short staffed and counsel for Defendant needs additional time to respond to Government's Response in Opposition to Defendant's Motion to Vacate Sentence filed on July 22, 2020.

2. The parties agree to the continuance.

3. The additional time requested by this Stipulation is made in good faith and not for the purposed of delay.

4. This is the second stipulation to be filed herein.

3

## ORDER

**IT IS HEREBY ORDERED** that the Defendant herein shall have to and including August 12, 2020, to file any and all Reponses to Government's Response to Defendant's Motion to Vacate, Set Aside, or Correct Conviction and Sentence.

**IT IS FURTHER STIPULATED AND AGREED,** by and between parties, that the Government shall have to and including August 19, 2020, to file any and all replies.

DATED this __6th__ day of __August__, 2020.

_____
UNITED STATES DISTRICT JUDGE

HENDRON LAW GROUP LLC
625 S. EIGHTH STREET
LAS VEGAS, NEVADA 89101
TEL (702) 758-5858 • FAX (702) 387-0034